■ In the Matter of FREDERICK E. PAROLA, JR., Respondent, v STANLEY HARWOOD et al., Constituting the Board of Elections of the County of Nassau, Respondents, and ROBERT S. CASSIDY et al., Appellants.—In a proceeding to invalidate a petition requesting an opportunity to write in the name of a candidate in the Conservative Party primary election to be held on September 12, 1978 for the public office of Member of the Assembly from

the 12th Assembly District, the appeal is from a judgment of the Supreme Court, Nassau County, dated August 21, 1978 which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements (see *Matter of Helfand v Meisser,* 22 NY2d 762). Mollen, P. J., Hopkins, Damiani, Shapiro and O'Connor, JJ., concur.